934 A.2d 636

BARBARA R. BURNS, PLAINTIFF–PETITIONER, v. CHUBB GROUP OF INSURANCE COMPANIES, INC., DEFENDANT, AND MARSH AND MCLENNAN COMPANIES, INC., ET AL., DEFENDANTS–RESPONDENTS.

October 31, 2007.

Denied.